**Order entered April 19, 2021**



**In The**
# Court of Appeals
# Fifth District of Texas at Dallas

## No. 05-21-00234-CV

### DIETRICK LEWIS JOHNSON, SR., Appellant

### V.

### RAFAEL DE LA GARZA AND THE DE LA GARZA LAW FIRM, P.C., Appellees

**On Appeal from the 219th Judicial District Court**
**Collin County, Texas**
**Trial Court Cause No. 219-02061-2019**

## ORDER

Before the Court is the Collin County District Clerk's request for an extension of time to file the clerk's record. We **GRANT** the request and **ORDER** the clerk's record due on April 30, 2021.

/s/    KEN MOLBERG
           JUSTICE